UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LISA HOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:19-CV-28-TAV-CHS |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For the reasons explained in the memorandum opinion entered contemporaneously with this order, defendant's objections [Doc. 31] are **OVERRULED**, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 30], plaintiff's Motion for Judgment on the Pleadings is **DENIED** [Doc. 23], and Defendant's Motion for Judgment on the Record is **GRANTED** [Doc. 21], and judgment shall **ENTER** for defendant. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ John L. Medearis
     CLERK OF COURT